**FRIER & LEVITT, LLC**
**JONATHAN E. LEVITT (JEL-3881)**
**JASON N. SILBERBERG (JNS-6611)**
84 Bloomfield Avenue,
Pine Brook, NJ 07058
Tel. (973) 618-1660
Fax (973) 618-0650
jlevitt@frierlevitt.com
jsilberberg@frierlevitt.com
**Attorneys for Defendant, John H. Klein**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALOIS RUPP and KRISTEN FERRARA, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN H. KLEIN and CAMBRIDGE THERAPEUTIC TECHNOLOGIES, <br><br> Defendants. | HON. JOHN MICHAEL VAZQUEZ <br><br> Case No. 2:17-CV-10055-JMV-SCM <br><br> **NOTICE OF FILING OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

FRIER LEVITT, counsel for Defendant, John H. Klein, hereby gives notice to Plaintiffs, Alois Rupp and Kristen Ferrara, and to Defendant, Cambridge Therapeutic Technologies that, on **February 20, 2018** or as soon thereafter as counsel may be heard, Frier Levitt shall move before this court for an Order granting leave to withdraw as counsel.

This Motion for Leave to Withdraw as Counsel is comprised of this Notice of Filing, the Affidavit of Jason N. Silberberg, Esq., and a proposed Order.

**FRIER & LEVITT, LLC**

**/s/ Jason N. Silberberg**

Jason N. Silberberg, Esq.

Dated: January 26, 2018

1

**CERTIFICATION OF SERVICE**

I hereby certify that on the below date, Plaintiff caused to be served the foregoing document by way of electronic filing via this Court's CM/ECF system and certified mail to:

Lawrence T. Lowen, Esq.
Lawrence T. Lowen, P.C. Attorneys at Law
2 Executive Drive, Suite 465
Fort Lee, NJ 07024
*Attorney for Plaintiffs*

Ryan O'Neill, Esq.
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
*Attorney for Defendant, Cambridge Therapeutic Technologies*

I further certify that on the below date, Plaintiff caused to be served the foregoing document by way of certified mail to:

Hon. John Michael Vazquez, U.S.D.J.
Martin Luther King Building & Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

        **FRIER & LEVITT, LLC**

        **/s/ Jason N. Silberberg**
        Jason N. Silberberg, Esq. (JNS-6611)
        84 Bloomfield Avenue
        Pine Brook, NJ 07058
        Telephone: (973) 618-1660
        Facsimile: (973) 618-0650
        jsilberberg@frierlevitt.com

        Attorneys for Defendant, John Klein

Dated: January 26, 2018