Lawrence T. Lowen (LTL 3011)
2 Executive Drive Ste. 465
Fort Lee, NJ 07024
(201) 592-1700
*Attorneys for Plaintiffs*

Darren C. Barriero, Esq.
Kersten Kortbawi, Esq.
GREENBAUM, ROWE, SMITH & DAVIS, LLP
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALOIS RUPP and KIRSTEN FERRARA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. KLEIN and CAMBRIDGE THERAPEUTICS TECHNOLOGIES,<br><br>Defendants. | Civil Action No. 2:17-cv-10055 (JMV-SCM)<br><br>CIVIL ACTION |

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

This matter having been amicably adjusted and resolved by and between plaintiffs Alois Rupp ("Rupp"), including all successors to or assignees of Rupp's rights, interests and claims, inclusive of any representative of Rupp's estate, and Kirsten Ferrara, and defendant John H. Klein, it is hereby stipulated and agreed that the

6023062.1

within matter is dismissed with prejudice and without costs to either party.

Lawrence T. Lowen, Esq.
*Attorneys for Plaintiffs*

By: _____
LAWRENCE T. LOWEN

DATED: 1/31/2020

DUANE MORRIS LLP
Attorneys for Defendant
John H. Klein

By: _____
GREGORY R. HAWORTH

DATED: Jan 28, 2020

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 1/31/2020

2

6023062.1